238 So.2d 749

**STATE of Louisiana ex rel. Thomas J. BEAL**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50804.

Sept. 10, 1970.

Writ denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.